FILED
CLERK, U.S. DISTRICT COURT

10/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY     KC     DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-CV-01447-JFW-SP Sealed

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* California Commission on Judicial Performance was received by me on 10/22/2025.

[X] I personally served the summons on the individual at *(place)* 455 Golden Gte Ave, 14400 San Francisco, CA
on *(date)* 10/23/2025 ;        or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* person of _____ , a
suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on
behalf of *(name of organization)* _ on *(date)* ; or

[ ] I returned the summons unexecuted because: _____ ; or

[X] Other:   USPS Certified/First Class Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/23/2025

_____
*Server's signature*

Heather Ozgur
_____
*Printed name and title*

215 Santa Luisa, Irvine , 92606
_____
*Server's address*

Additional information regarding attempted service, etc.:

- Federal Complaint for Case: 8:25-cv-01447-JFW-SP
- A0440 Federal summons - with plaintiffs name/address also
- Both documents also include plaintiffs unredacted name/address