JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY O'CALLAGHAN, Plaintiff, v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, Defendants. | Case No. 8:25-cv-01447-JFW-SP<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice and without leave to amend.

Dated: October 23, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE